# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEIRTON MEDICAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-347 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| CERNER HEALTH SERVICES, INC., and | ) | Magistrate Judge Cynthia Reed Eddy |
| SIEMENS MEDICAL SOLUTIONS USA, | ) | |
| INC., | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 17, 2018, the Magistrate Judge issued a Report (Doc. 60) recommending that Defendants' Motions to Dismiss (Docs. 47, 49) be denied. Service of the Report and Recommendation ("R&R") was made on the parties, and partial Objections were filed Defendants on August 31, 2018 (Docs. 62, 63).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Defendants' Motions to Dismiss (**Docs. 47, 49**) are **DENIED** and Defendants' Objections (**Docs. 62, 63**) are **OVERRULED**. The Magistrate Judge's R&R (Doc. 60) is hereby **ADOPTED** as the Opinion of the District Court.

IT IS SO ORDERED.

September 21, 2018                              s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record